UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DEAN RICKEY,<br><br>           Plaintiff,<br><br>    v.<br><br>EXTRADITION TRANSPORT OF AMERICA, et al.,<br><br>           Defendants. | Case No. EDCV 13-1061 ABC(JC)<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 12, 2013

*Audrey B. Collins*

_____
HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE